UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ-2004-M-219-JLA

UNITED STATES

V.

PATRICK ROWE

**ORDER ON PROBABLE CAUSE**

July 22, 2004

ALEXANDER, M.J.

The defendant, PATRICK ROWE, appeared today before this Court for a probable cause and detention hearing pursuant to a complaint charging him with violation of 21 U.S.C. § 841(a)(1) (distribution of a controlled substance, to wit, cocaine base). At the hearing, the government was represented by Assistant United States Attorney William Connolly; Mr. Rowe was represented by Attorney Melvin Norris. At the hearing, the government presented the credible testimony of Special Agent White of the Bureau of Alcohol, Tobacco, Firearms and Explosives and the sworn affidavit of Special Agent David P. Oliver (offered previously in support of the complaint in this matter). After hearing the testimony, this Court FOUND that there is PROBABLE CAUSE to believe the defendant, PATRICK ROWE, committed the offense with which he is charged. SO ORDERED.

United States Magistrate Judge